**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1078**

AFFINITY RECOVERY CENTER LLC,

Plaintiff - Appellant,

v.

TOWN COMMISSIONERS OF SUDLERSVILLE,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:23-cv-00714-LKG)

Submitted:  March 5, 2025                          Decided:  June 20, 2025

Before RICHARDSON and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** James Peters, KURTZ, PETERS & ASSOCIATES, Boca Raton, Florida, for Appellant.  William C. Dickerson, Hanover, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Affinity Recovery Center LLC ("Affinity") appeals the district court's order granting Defendant's motion to dismiss or, in the alternative, for summary judgment, on Affinity's claims under Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12134, and the Fair Housing Act, 42 U.S.C. §§ 3601-19. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Affinity Recovery Ctr. LLC v. Town Comm'rs of Sudlersville*, No. 1:23-cv-00714-LKG (D. Md. Jan. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*